**Exhibit List – Plaintiffs' Motion for Preliminary Injunction**

**Exhibit A**: Hofeller Deposition Transcript, Volume I

**Exhibit B**: Rucho Deposition Transcript

**Exhibit C**: Lewis Deposition Transcript

**Exhibit D**: Hofeller Affidavit 1/19/12

**Exhibit E**: Hofeller Proportionality Chart

**Exhibit F**: Dickson Trial Transcript, Volume I

**Exhibit G**: Dickson Trial Transcript, Volume II

**Exhibit H**: June 17, 2011, Public Statement of Rucho and Lewis

**Exhibit I**: Stat Pack for Rucho Senate VRA Districts

**Exhibit J**: Stat Pack for Enacted Senate Plan

**Exhibit K**: Stat Pack for Lewis House VRA Districts

**Exhibit L**: Stat Pack for Enacted House Plan

**Exhibit M**: June 22, 2011, Public Statement of Rucho and Lewis

**Exhibit N**: July 12, 2011, Public Statement of Rucho and Lewis

**Exhibit O**: Churchill Election Results - Compilation

**Exhibit P**: Churchill Deposition Exhibits 82 and 83

**Exhibit Q**: AFRAM Letter – June 23, 2011

**Exhibit R**: Hofeller Deposition Transcript, Volume II

**Exhibit S**: Affidavit of Joanna King

**Exhibit T**: Stat Pack for Benchmark Senate Plan

**Exhibit U**: Stat Pack for Benchmark House Plan

**Exhibit V**: Report of Defendants' expert Dr. Brunell