IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:15-cv-00399

| | |
|---|---|
| SANDRA LITTLE COVINGTON, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>THE STATE OF NORTH CAROLINA, *et al.*,<br><br>        Defendants. | **PLAINTIFFS' AMENDED TRIAL WITNESS LIST** |

Pursuant to the Court's case management orders, and in an attempt to respond to some of the Defendants' concerns as expressed in their objections to Plaintiffs' initial trial witness list, Plaintiffs in the above-referenced action submit this amended list of witnesses who Plaintiffs currently expect in good faith to call to testify at trial, scheduled to begin April 11, 2016. This list is subject to change, including adding or subtracting witnesses. Pursuant to Federal Rule of Civil Procedure 26(a)(3), the list is broken down by "Will Testify" and "May Testify," although those designations are subject to change. Plaintiffs also reserve the right to call any witness identified on Defendants' witness lists and to call witnesses for impeachment or rebuttal purposes.

**Will Call:**

1. Sandra Covington - Plaintiff

2. Sen. Dan Blue
   North Carolina Senate
   16 W. Jones St., Room 1129
   Raleigh, NC 27601-2808

3. Rep. Larry Hall
   N.C. House of Representatives
   300 N. Salisbury Street, Room 506
   Raleigh, NC 27603-5925

4. Former Sen. Dan Clodfelter
   Counsel, Parker Poe
   Three Wells Fargo Center
   401 South Tryon Street, Suite 3000
   Charlotte, NC 28202

1

5. Sen. Angela Bryant
   North Carolina Senate
   16 W. Jones St., Room 516
   Raleigh, NC 27601-2808

6. Former Sen. Eric Mansfield
   Cape Fear Otolaryngology
   2053 Vallegate Dr., #101
   Fayetteville, NC 28304

7. Harold Cogdell, Jr.
   905 East 7th Street
   Charlotte, NC 28204

8. Yvonne Johnson
   4311 King Arthur Place
   Greensboro, NC 27405

9. Dr. Allan Lichtman - Expert

10. Dr. Theodore Arrington - Expert

11. Anthony Fairfax - Expert

12. Milo Pyne - Plaintiff

13. Claude Harris - Plaintiff

14. Rev. Julien Pridgen - Plaintiff

15. Antoinette Mingo - Plaintiff

**May call:**

1. Albert Kirby
   820 Southwest Blvd.
   Clinton, NC 28328

2. Walter Rogers
   9061 Carver School Road
   Laurel Hill, NC 28351

2

Case 1:15-cv-00399-TDS-JEP   Document 96   Filed 04/02/16   Page 2 of 5

3. Juanita Rogers – Plaintiff

4. Susan Sandler Campbell - Plaintiff

5. Anyone identified in Defendants' disclosures or listed by Defendants.

Dated: March 14, 2016.

| POYNER SPRUILL LLP | SOUTHERN COALITION FOR SOCIAL JUSTICE |
|---|---|
| /s/ Edwin M. Speas, Jr. | /s/ Allison J. Riggs |
| Edwin M. Speas, Jr.<br>N.C. State Bar No. 4112<br>espeas@poynerspruill.com<br>John W. O'Hale<br>N.C. State Bar No. 35895<br>johale@poynerspruill.com<br>Caroline P. Mackie<br>N.C. State Bar No. 41512<br>cmackie@poynerspruill.com<br>P.O. Box 1801 (27602-1801)<br>301 Fayetteville St., Suite 1900<br>Raleigh, NC 27601<br>Telephone: (919) 783-6400<br>Facsimile: (919) 783-1075 | Anita S. Earls<br>N.C. State Bar No. 15597<br>anita@southerncoalition.org<br>Allison J. Riggs<br>State Bar No. 40028<br>allisonriggs@southerncoalition.org<br>George E. Eppsteiner<br>N.C. State Bar No. 42812<br>George@southerncoalition.org<br>Southern Coalition for Social Justice<br>1415 Highway 54, Suite 101<br>Durham, NC 27707<br>Telephone: 919-323-3380<br>Facsimile: 919-323-3942 |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

TIN FULTON WALKER & OWEN, PLLC

Adam Stein (Of Counsel)
N.C. State Bar # 4145
astein@tinfulton.com
Tin Fulton Walker & Owen, PLLC
1526 E. Franklin St., Suite 102
Chapel Hill, NC  27514
Telephone: (919) 240-7089

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing **PLAINTIFFS' AMENDED TRIAL WITNESS LIST**, with service to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consented to electronic service in this action.

This the 2nd day of April, 2016.

/s/ Allison J. Riggs
Allison J. Riggs