IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:15-cv-00399

| | |
|---|---|
| SANDRA LITTLE COVINGTON, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>THE STATE OF NORTH CAROLINA, *et al.*,<br><br>　　　　　　　　Defendants. | **PLAINTIFFS' HEARING WITNESS LIST** |

Pursuant to the Court's order on July 13, 2017 (ECF No. 165), Plaintiffs in the above-referenced action submit this list of witnesses who Plaintiffs currently expect in good faith to call to testify at the evidentiary hearing scheduled for July 28, 2017. Plaintiffs also reserve the right to call any witness identified on Defendants' witness lists and to call witnesses for impeachment or rebuttal purposes.

**Witnesses:**

1. Milo Pyne – Plaintiff
   806 Vickers Ave.
   Durham, NC 27701

2. Rep. Grier Martin
   North Carolina House of Representatives
   16 W Jones Street, Room 1023
   Raleigh, NC 27601-1096

3. Rep. Robert T. Reives, II
   Deputy Democratic Leader
   North Carolina House of Representatives
   16 W Jones Street, Room 1323
   Raleigh, NC  27601-1096

4. Gary Bartlett
   Former Executive Director, NC State Board of Elections

1

209 Cashwell Drive
Goldsboro, NC 27534

5. George Gilbert
   Former Director, Guilford County Board of Elections
   4018 Hicone Road
   Greensboro NC 27405

6. Representative David Lewis – Defendant
   c/o Philip J. Strach
   Ogletree, Deakins, Nash, Smoke & Stewart, P.C.
   4208 Six Forks Rd., Ste. 1100
   Raleigh, N.C. 27609

Dated: July 21, 2017.

| POYNER SPRUILL LLP | SOUTHERN COALITION FOR SOCIAL JUSTICE |
|---|---|
| /s/ Edwin M. Speas, Jr. | /s/ Anita S. Earls |
| Edwin M. Speas, Jr.<br>N.C. State Bar No. 4112<br>espeas@poynerspruill.com | Anita S. Earls<br>N.C. State Bar No. 15597<br>anita@southerncoalition.org |
| Caroline P. Mackie<br>N.C. State Bar No. 41512<br>cmackie@poynerspruill.com<br>P.O. Box 1801 (27602-1801)<br>301 Fayetteville St., Suite 1900<br>Raleigh, NC 27601<br>Telephone: (919) 783-6400<br>Facsimile: (919) 783-1075 | Allison J. Riggs<br>State Bar No. 40028<br>allisonriggs@southerncoalition.org<br>Southern Coalition for Social Justice<br>1415 Highway 54, Suite 101<br>Durham, NC 27707<br>Telephone: 919-323-3380<br>Facsimile: 919-323-3942 |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

# CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing **PLAINTIFFS' HEARING WITNESS LIST**, with service to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consented to electronic service in this action.

This the 21st day of July, 2017.

/s/ Anita S. Earls
Anita S. Earls