IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:15-CV-00399

| | |
|---|---|
| SANDRA LITTLE COVINGTON, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE OF NORTH CAROLINA, *et al.* ) <br> ) <br> Defendants. ) <br> ) | **NOTICE OF SUBMISSION OF ELECTRONIC FILES RELATED TO INCUMBENT RESIDENCES** |

Legislative Defendants notify the Court that they have submitted electronic files containing information related to the residences of incumbent members of the General Assembly to the Special Master as requested in the Special Master's Draft Plan and Order of November 13, 2017 (D.E. 212).

This 14th day of November, 2017.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ Phillip J. Strach
Phillip J. Strach
N.C. Bar No. 29456
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Phone: (919) 787-9700
Facsimile: (919) 783-9412
Email:phil.strach@ogletreedeakins.com
*Attorneys for Legislative Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2017, I have served the foregoing **NOTICE OF SUBMISSION OF ELECTRONIC FILES RELATED TO INCUMBENT RESIDENCES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edwin M. Speas, Jr.
Carolina P. Mackie
Poyner Spruill LLP
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC 27601
espeas@poynerspruill.com
johale@poynerspruill.com
cmackie@poymerspruill.com
*Attorneys for Plaintiffs*

Anita S. Earls
Allison J. Riggs
Southern Coalition for Social Justice
1415 Highway 54, Suite 101
Durham, NC 27707
anita@southerncoalition.org
allisonriggs@southerncoalition.org
*Attorneys for Plaintiffs*

Alexander McC. Peters
Senior Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ Phillip J. Strach
Phillip J. Strach
N.C. Bar No. 29456
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Phone: (919) 787-9700
Facsimile: (919) 783-9412
Email: phil.strach@ogletreedeakins.com

32012812.1

2

Case 1:15-cv-00399-TDS-JEP   Document 214   Filed 11/14/17   Page 2 of 2