# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SANDRA LITTLE COVINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF NORTH CAROLINA, et al., <br><br> Defendants. | No. 1:15-cv-399 |

## NOTICE OF SUBSTITUTION OF COUNSEL

In accordance with Local Civil Rule 83.1(e), attorney Anita S. Earls respectfully requests the Clerk of the Court to withdraw her appearance as counsel for all Plaintiffs in this action: Sandra Little Covington, Herman Benthle Lewis Jr., Viola Ryals Figueroa, Crystal Graham Johnson, Marcus Walter Mayo, Julian Charles Pridgen Sr., Gregory Keith Tucker, Cynthia C. Martin, John Raymond Verdejo, Dedreana Irene Freeman, Milo Pyne, Valencia Applewhite, David Lee Mann, Mary Evelyn Thomas, Jamal Trevon Fox, Channelle Darlene James, Catherine Wilson Kimel, Vanessa Vivian Martin, Susan Sandler Campbell, Marshall Ansin, Rosa H. Mustafa, Antoinette Dennis Mingo, Ruth E. Sloane, Claude Dorsey Harris III, Bryan Olshan Perlmutter, La'tanta Denishia McCrimmon, Catherine Orel Medlock-Walton, Marvin Cornelous Arrington, Juanita Rogers, James Edward Alston, and Mark R. Englander. Ms. Earls is departing from the Southern Coalition for Social Justice and thus will no longer be able to represent Plaintiffs. Attorney Jaclyn A. Maffetore from the Southern Coalition for Social Justice is

substituting as counsel for all Plaintiffs and certifies by her signature below that she is aware of and will comply with all pending deadlines in this action.

Allison Riggs of the Southern Coalition for Social Justice, John O'Hale, and Eddie Speas and Caroline Mackie of Poyner Spruill LLP, all of whom have previously noticed their appearances in this action, will continue as counsel of record for all Plaintiffs.

Dated: December 5, 2017

Respectfully submitted,

*/s/Anita S. Earls*
Anita S. Earls
North Carolina Bar No. 15597
Southern Coalition for Social Justice
1415 W. N.C. Highway 54, Suite 101
Durham, N.C. 27707
Telephone: 919-323-3380 ext. 115
Facsimile: 919-323-3942
Email: anita@southerncoalition.org

*/s/Jaclyn A. Maffetore*
Jaclyn A. Maffetore
North Carolina Bar No. 50849
Southern Coalition for Social Justice
1415 W. N.C. Highway 54, Suite 101
Durham, N.C. 27707
Telephone: 919-323-3380 ext. 114
Facsimile: 919-323-3942
Email: jaclyn@southerncoalition.org

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

      I certify that I have electronically filed the foregoing **Notice of Substitution of Counsel** with the CM/ECF system, which will send electronic notification to counsel of record for all parties.

Dated: December 5, 2017                             Respectfully submitted,

                                                           */s/Jaclyn A. Maffetore*
                                                           Jaclyn A. Maffetore
                                                           North Carolina Bar No. 50849
                                                           Southern Coalition for Social Justice
                                                           1415 W. N.C. Highway 54, Suite 101
                                                           Durham, N.C. 27707
                                                           Telephone: 919-323-3380 ext. 114
                                                           Facsimile: 919-323-3942
                                                           Email: jaclyn@southerncoalition.org