IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:15-CV-00399

| | |
|---|---|
| SANDRA LITTLE COVINGTON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **LEGISLATIVE DEFENDANTS'** |
| v. ) | **MOTION TO EXPEDITE** |
| ) | **RULING ON PLAINTIFFS'** |
| STATE OF NORTH CAROLINA, *et al.* ) | **OBJECTIONS** |
| ) | |
| Defendants. ) | |
| ) | |

Legislative defendants respectfully move the Court to expedite its final ruling on plaintiffs' Objections to the 2017 House and Senate redistricting plans ("Objections") (D.E. 189). Specifically, legislative defendants request the Court's final ruling on or before January 10, 2018—the next date that the North Carolina General Assembly is scheduled to be in session. Doing so will protect the State's ability to seek meaningful Supreme Court review and take additional legislative action if necessary. To facilitate a ruling by that date, legislative defendants respectfully suggest that the hearing on the Special Master's Recommended Plan and Report, currently scheduled for January 5, 2018, be held instead on or before December 22, 2017.

WHEREFORE, for the reasons stated above and in the contemporaneously filed brief, legislative defendants respectfully request that the Court issue its final ruling on the Objections on or before January 10, 2018.

This 11th day of December, 2017.

                              OGLETREE, DEAKINS, NASH,
                              SMOAK & STEWART, P.C.

                              /s/ Phillip J. Strach
                              Phillip J. Strach
                              N.C. Bar No. 29456
                              Michael D. McKnight
                              N.C. Bar No. 36932
                              4208 Six Forks Road, Suite 1100
                              Raleigh, North Carolina 27609
                              Phone: (919) 787-9700
                              Facsimile: (919) 783-9412
                              Email:phil.strach@ogletreedeakins.com
                              *Attorneys for Legislative Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2017, I have served the foregoing **LEGISLATIVE DEFENDANTS' MOTION TO EXPEDITE RULING ON PLAINTIFFS' OBJECTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edwin M. Speas, Jr.
Carolina P. Mackie
Poyner Spruill LLP
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC 27601
espeas@poynerspruill.com
johale@poynerspruill.com
cmackie@poymerspruill.com
*Attorneys for Plaintiffs*

Allison J. Riggs
Southern Coalition for Social Justice
1415 Highway 54, Suite 101
Durham, NC 27707
anita@southerncoalition.org
allisonriggs@southerncoalition.org
*Attorneys for Plaintiffs*

Alexander McC. Peters
Senior Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ Phillip J. Strach
Phillip J. Strach
N.C. Bar No. 29456
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Phone: (919) 787-9700
Facsimile: (919) 783-9412
Email: phil.strach@ogletreedeakins.com

32286527.1

32286527.1

3