IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SANDRA L. COVINGTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:15-CV-399 |
| | ) | |
| STATE OF NORTH CAROLINA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PER CURIAM ORDER

The Legislative Defendants have asked to present evidence at the upcoming Rule 53(f)(1) hearing. Doc. 231.

The Court will allow all parties to submit written questions for the Special Master about the report and recommendations. The Court will direct the Special Master to address all of the questions that the Court determines are relevant to the matters under review at the hearing and are otherwise appropriate under Rule 403, Federal Rules of Evidence. All such questions shall be filed no later than December 27, 2017. If the questions filed give rise to any additional questions for the Special Master by another party, the party shall file such questions no later than December 28, 2017.

The Court will allow the Legislative Defendants to submit a report under Federal Rule of Civil Procedure 26(a)(2)(B) as to any relevant evidence on this matter by an expert. Upon receiving the report, the Court will determine whether additional testimony by any such expert would be warranted at the hearing. The report must be filed no later than December 27, 2017.

To the extent the other testimony proffered by the Legislative Defendants is directed to the Special Master's report, it will be allowed.

The parties shall be given a total of one and one half hours each to present any evidence and arguments. Any time spent questioning a witness will be counted towards the questioning side's presentation time. *See* Doc. 228.

It is **ORDERED** that the Legislative Defendants' motion to present witnesses, Doc. 231, is **GRANTED in part** to the extent set forth in this Order. The plaintiffs' request to depose these witnesses, *see* Doc. 232, is **DENIED**.

This the 21st day of December, 2017.

Entered by the Court