IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:15-CV-00399

| | |
|---|---|
| SANDRA LITTLE COVINGTON, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| STATE OF NORTH CAROLINA, *et al.* | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, pursuant to the Court's Order of December 21, 2017 (D.E. 233), legislative defendants file the attached Expert Report of Douglas Johnson, Ph.D.

This the 27th day of December, 2017.

        OGLETREE, DEAKINS, NASH
        SMOAK & STEWART, P.C.

        /s/ Phillip J. Strach
        Phillip J. Strach
        N.C. State Bar No. 29456
        Michael D. McKnight
        N.C. State Bar No. 36932
        phil.strach@ogletreedeakins.com
        michael.mcknight@ogletreedeakins.com
        4208 Six Forks Road, Suite 1100
        Raleigh, North Carolina 27609
        Telephone: (919) 787-9700
        Facsimile: (919) 783-9412

        *Counsel for Legislative Defendants*

1

# CERTIFICATE OF SERVICE

I hereby certify that I, Phillip J. Strach, have served the foregoing **NOTICE OF FILING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edwin M. Speas, Jr.
Carolina P. Mackie
Poyner Spruill LLP
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC 27601
espeas@poynerspruill.com
cmackie@poymerspruill.com
*Attorneys for Plaintiffs*

Allison J. Riggs
Southern Coalition for Social Justice
1415 Highway 54, Suite 101
Durham, NC 27707
allisonriggs@southerncoalition.org
*Attorneys for Plaintiffs*

Alexander McC. Peters
Senior Deputy Attorney General
N.C. Department of Justice
Apeters@ncdoj.gov
P.O. Box 629
Raleigh, NC 27602
*Attorneys for Defendants*

This the 27th day of December, 2017.

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

/s/ Phillip J. Strach

32441317.1