# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 30, 2018

Clerk
United States District Court
  for the Middle District of North Carolina
324 W. Market Street
Greensboro, NC 27401-2544

    Re:  North Carolina, et al.
         v. Sandra Little Covington, et al.,
         **No. 17-1364 (Your docket No. 1:15-CV-399)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

                                          Sincerely,

                                          SCOTT S. HARRIS, Clerk

                                          By

                                          Herve' Bocage
                                          Judgments/Mandates Clerk

Enc.
cc:     All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2018

Mr. Paul D. Clement, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N. W.
Washington, D. C. 20005

    Re:  North Carolina, et al.
         v. Sandra Little Covington, et al.,
         No. 17-1364

Dear Mr. Clement:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By

    Herve' Bocage
    Judgments/Mandates Clerk

Enc.
cc:    All counsel of record
        Clerk, U. S. District Court for Middle District of North Carolina
           (Your docket No. 1:15-CV-399)

# Supreme Court of the United States

No. 17-1364

**NORTH CAROLINA, ET AL.,**

Appellants

v.

**SANDRA LITTLE COVINGTON, ET AL.**

**ON APPEAL** from the United States District Court for the Middle District of North Carolina.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and the motion to affirm.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the District Court's order of January 21, 2018, is affirmed in part and reversed in part.

June 28, 2018



A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States